# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Brittany Beagley, individually and on behalf of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) Case No. 20-cv-970 ) |
| v. | ) ) Judge Martha M. Pacold |
| ACIA KL Auto LLC, | ) Magistrate Judge Sunil R. Harjani ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Brittany Beagley and defendant ACIA KL Auto LLC, by and through their respective undersigned attorneys, hereby stipulate to dismiss Plaintiff's individual claims with prejudice and the claims of any putative class members without prejudice, with each party to bear its own costs and fees, and all rights of appeal waived.

Date:  April 29, 2021

**BRITTANY BEAGLEY**

By:  /s/ Michael Eisenband
       One of her attorneys

Michael Eisenband
Eisenband Law, P.A.
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Telephone:  954-533-4092
Email:  MEisenband@Eisenbandlaw.com

Scott Edelsberg, Esq.
Edelsberg Law, P.A.
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Telephone: 305-975-3320
Email:  Scott@Edelsberglaw.com

Respectfully submitted,

**ACIA KL AUTO LLC**

By:  /s/ Andrew D. LeMar
       One of its attorneys

Ira M. Levin (ilevin@burkelaw.com)
Andrew D. LeMar (alemar@burkelaw.com)
Elizabeth M. Pall (epall@burkelaw.com)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 21st Floor
Chicago, Illinois 60611-3607
Telephone:  312-840-7000

Ignacio J. Hiraldo
IJH Law
1200 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: 786-351-8709
Email: ijhiraldo@ijh.com

Manuel S. Hiraldo
Hiraldo P.A.
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: 954-400-4713
Email: mhiraldo@hiraldolaw.com

Andrew J. Shamis
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299
Email: ashamis@shamisgentile.com

3

## **CERTIFICATE OF SERVICE**

On April __, 2021, the undersigned caused the foregoing Stipulation of Dismissal to be filed electronically with the Northern District of Illinois, and served upon all parties registered to receive notice via the Court's CM/ECF system.

          /s/ _____

4810-7878-3970, v. 1