# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Brittany Beagley

                              Plaintiff,

v.                                                      Case No.: 1:20–cv–00970
                                                        Honorable Martha M. Pacold

Acia KL Auto LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 30, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's individual claims are hereby dismissed with prejudice and the claims of any putative class members are dismissed without prejudice, with each party bearing its own costs and fees pursuant to the Stipulation of Dismissal [46] filed by the parties on 4/29/2021. Defendants' motions to dismiss [32] and stay [40] are denied as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.